**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Gianna Marie Bednarski v. The State of Texas

Appellate case number:   01-21-00409-CR

Trial court case number:  87168-CR

Trial court:                     412th Judicial District Court of Brazoria County

     It is ordered that the motion for rehearing filed by appellant Gianna Marie Bednarski is **DENIED**.

Judge's signature: /s Sarah Beth Landau
                  Acting for the Court

Panel consists of Justices Landau, Guerra, and Farris.

Date:  September 29, 2022